UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-10013-01-JWB |
| ) | |
| ) | |
| SHAN HANES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>FORFEITURE BILL OF PARTICULARS</u>**

The United States of America, by and through the undersigned and pursuant to Federal Rule of Criminal Procedure 32.2, gives notice to the defendants that the United States seeks forfeiture as set out below:

1. The allegations contained in Count 1 of the Information (Doc. 1) are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2).

2. Upon conviction of one or more of the offenses set forth in Count 1 of the Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2), any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offenses, including but not limited to:

   A. Contents of, and funds traceable to the blockchain virtual currency address *e7dB$^5$, held by or under the care or custody of Tether.

1

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney
District of Kansas


/s/Aaron L. Smith
AARON L. SMITH, #20447
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
Aaron.smith3@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on May 23, 2024, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will electronically provide notice and copies to the attorneys of record.

/s/Aaron L. Smith
AARON L. SMITH, #20447
Assistant United States Attorney