FILED
U.S. District Court
District of Kansas

**MAY 2 3 2024**

AO 455 (Rev. 01/09) Waiver of an Indictment

Clerk, U.S. District Court
By _Ⓢ Roach_ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   24-CR-10013-01-JWB |
| SHAN HANES | ) | |
| | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   05/23/2024

_Defendant's signature_

13488

_Signature of defendant's attorney_

John E. Stang 13488
_Printed name of defendant's attorney_

_Judge's signature_

John W. Broomes, U.S. District Judge
_Judge's printed name and title_