IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHAN HANES, ) <br> ) <br> Defendant. ) <br> ) | Case No. 24-10013-JWB |

**UNITED STATES' MOTION FOR A PRELIMINARY ORDER OF FORFEITURE REGARDING PERSONAL PROPERTY AND AN ORDER OF FORFEITURE REGARDING THE FORFEITURE JUDGMENT**

COMES NOW the United States by and through Kate E. Brubacher, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, and respectfully moves the Court to enter a Preliminary Forfeiture Order forfeiting the personal property identified in the Plea Agreement (Doc. 16) and for an order of forfeiture for the imposition of a forfeiture judgment. In support of its motion, the United States shows the Court as follows:

1. On May 23, 2024, defendant Shan Hanes entered his plea to Count 1 of the Information, charging violations of 18 U.S.C. § 656. (Doc. 15).

2. As part of his plea agreement, the defendant agreed to forfeit the personal property that is identified in the Plea Agreement. (Doc. 16). The property subject to forfeiture as a result of the Plea Agreement includes:

    A. Contents of, and funds traceable to the blockchain virtual currency address **\*e7dB$^5$**, held by or under the care or custody of Tether.

3. The defendant also agreed to the imposition of a forfeiture judgment, in the amount of $47,100,000.00, less any amount potentially recovered from the aforementioned

Tether virtual currency address, which sum represents proceeds the defendant obtained as a result of his participation in Count One.

4. Based upon the defendant's Plea Agreement (Doc. 16) the United States has established the requisite nexus between the property identified in paragraph 2 and the offense to which the defendant has pleaded guilty. Accordingly, the property listed in paragraph 2 is subject to forfeiture to the United States pursuant to 18 U.S.C. § 982(a)(2).

5. Upon the entry of the Preliminary Order of Forfeiture for the property identified in paragraph 2, the United States will proceed to give notice to any third parties who may have an interest in the property and dispose of the property according to law.

6. The United States also seeks the entry of an Order of Forfeiture consisting of a forfeiture money judgment against the defendant, in the amount of $47,100,000.00, less any amount potentially recovered from the aforementioned Tether virtual currency address.

7. The entry of an Order of Forfeiture in the form of a personal money judgment is specifically authorized by Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure.

8. Pursuant to Rule 32.2(e), once the Final Order of Forfeiture is entered for the forfeiture judgment, the United States may move at any time to amend the Order to forfeit specific property of the defendant having a value up to the amount of the money judgment as substitute assets.

WHEREFORE, for the reasons stated above, the United States respectfully requests that the Court grant its motion and enter a Preliminary Order of Forfeiture for the property identified in paragraph 2 and an Order of Forfeiture for the forfeiture judgment.

Respectfully Submitted,

        KATE E. BRUBACHER
        United States Attorney
        District of Kansas

        /s/ Annette Gurney
        ANNETTE GURNEY
        Assistant United States Attorney
        1200 Epic Center, 301 N. Main
        Wichita, Kansas 67202
        (316) 269-6481
        Fax (316) 269-6484
        KS. S. Ct. #11602
        annette.gurney@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2024, the foregoing was electronically filed with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record for the defendant.

        /s/ Annette Gurney
        ANNETTE GURNEY
        Assistant United States Attorn