IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-10013-JWB |
| ) | |
| SHAN HANES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PRELIMINARY ORDER OF FORFEITURE REGARDING PERSONAL
PROPERTY AND ORDER OF FORFEITURE REGARDING
THE FORFEITURE JUDGMENT**

Before the Court is the United States' Motion for a Preliminary Order of Forfeiture Regarding Personal Property and an Order of Forfeiture Regarding The Forfeiture Judgment. (Doc. 19).

For good cause shown, the Court **grants** the United States' Motion for a Preliminary Order of Forfeiture (Doc. 19).

1. The Court finds that the defendant has consented to the forfeiture of the property identified below in his Plea Agreement (Doc. 16) and **grants** the United States' Motion for a Preliminary Order of Forfeiture regarding the same. The Court orders Preliminary Forfeiture of the following property to the United States:

    A. Contents of, and funds traceable to the blockchain virtual currency address **\*e7dB$^5$**, held by or under the care or custody of Tether.

2. The Court further finds that the property identified in paragraph 1, was willfully misapplied, and embezzled during the commission of Count 1 and, accordingly, the property is forfeited to the United States pursuant to 18 U.S.C. § 982(a)(2).

3.       Pursuant to Fed. R. Crim. P. 32.2(b)(3), the United States is authorized to seize the property listed in paragraph 1, above, if it has not already done so.

4.       Upon the entry of this Order, the United States shall post to www.forfeiture.gov, for a period of thirty consecutive days, notice of this Order, notice of the United States' intent to dispose of the property according to law, and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with this Court within thirty days of the final publication of notice or receipt of actual notice, whichever is earlier.

5.       Further, the notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, and any additional facts supporting the petitioner's claim and the relief sought.

6.       The United States may also, to the extent practicable, provide written notice to any person known to have alleged an interest in the forfeited property.

7.       Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

8.       Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture for property listed in paragraph one.

9.       Defendant Shan Hanes also agreed to a forfeiture judgment in the amount of $47,100,000.00, less any amount potentially recovered from the aforementioned Tether virtual currency address, which sum represents proceeds the defendant obtained as a result of his

participation in Count One.  Rule 32.2(c)(1) provides that no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment.  A personal forfeiture money judgment is hereby imposed against the defendant in the amount of $47,100,000.00, less any amount potentially recovered from the aforementioned Tether virtual currency address for Count One, in accordance with Title 18, United States Code, Section 982 and Fed.R.Crim.Pro. 32.2.

10. The Court shall retain jurisdiction to enforce this Order and to amend it as necessary pursuant to Fed. R. Crim. P 32.2(e), including to substitute property having a value not to exceed $47,100,000.00 to satisfy the money judgments in whole or in part.

**IT IS SO ORDERED**.

Dated this 28th day of June, 2024.

                                                   s/ John W. Broomes
                                              JOHN W. BROOMES
                                              UNITED STATES DISTRICT JUDGE