IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-10013-JWB |
| ) | |
| SHAN HANES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UNITED STATES' MOTION FOR AN AMENDED
PRELIMINARY ORDER OF FORFEITURE**

Comes now the plaintiff, United States of America, by and through Kate E. Brubacher, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney and respectfully moves the Court to amend the Preliminary Order of Forfeiture entered herein on June 28, 2024.   (Doc. 20)

In support of this motion, the United States shows the Court the following:

1. On June 28, 2024, a Preliminary Order of Forfeiture was entered which forfeited, subject to third-party claims, the following property:   Contents of, and funds traceable to the blockchain virtual currency address *e7dB5, held by or under the care or custody of Tether. (Doc. 20).

2. The United States has obtained a more detailed description of the property and respectfully moves the Court to amend the Preliminary Order of Forfeiture so that the property can be described without redaction and more fully identify the holder of the property.   These additional details will allow for meaningful notice of the forfeiture to third parties.

3. The complete description of the forfeited property is as follows:   Contents of, and funds traceable to the blockchain virtual currency address

0xef2797225aCEF65d583F157bbAf023C290D0e7dB, held by or under the care or custody of Tether Limited.

4. The requested correction to the Preliminary Order of Forfeiture does not change or modify the defendant's sentence and simply allows the forfeiture order to more accurately identify the subject property and the holder of the property.

5. Accordingly, the United States submits that paragraph 1 of the Preliminary Order of Forfeiture entered herein on June 28, 2024 (Doc. 20), should be amended to read as follows:

> 1. The Court finds that the defendant has consented to the forfeiture of the following property to the United States:
>
>> A. Contents of, and funds traceable to the blockchain virtual currency address 0xef2797225aCEF65d583F157bbAf023C290D0e7dB, held by or under the care or custody of Tether Limited.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Court enter an Amended Preliminary Order of Forfeiture.

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney
District of Kansas

 /s/ Annette Gurney
ANNETTE GURNEY #11602
Assistant United States Attorney
301 N. Main, Ste. 1200
Wichita, Kansas 67202
(316) 269-6481
Fax (316) 269-6484
Annette.gurney@uadoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record for defendant.

      /s/ Annette Gurney
ANNETTE GURNEY
Assistant United States Attorney