**FDIC**
Federal Deposit Insurance Corporation

July 18, 2024

United States Attorney's Office
District of Kansas
Attention: Kim Reese
Victim Assistance Specialist
1200 Epic Center
301 N. Main
Wichita, KS 67202

Re:  VICTIM IMPACT/LOSS STATEMENT OF THE FDIC,
     As Receiver for Heartland Tri-State Bank, Elkhart, KS
     USA v. Hanes
     Case / Docket Number 6:24-CR-10013

     Total Loss: $47,105,000

Ms. Reese:

Heartland Tri-State Bank, Elkhart, KS ("HTSB") was closed by the Kansas Office of the State Bank Commissioner on July 28, 2023, and the Federal Deposit Insurance Corporation was named as Receiver ("FDIC-R"). HTSB was a victim of the criminal acts in this case and is entitled to restitution as set forth in the attached document.

Per the attached document, the total actual loss from the crime committed against HTSB by the defendant is $47,105,000.

Restitution payments are among the assets of the receivership available for distribution. The FDIC-R is the only party entitled to restitution for losses suffered by HTSB. The depositors and creditors of the failed insured financial institution will be paid from available assets of the receivership in accordance with federal law.

In multiple-victim cases, the FDIC-R is entitled to its pro rata share of any payments made by the defendant or on the defendant's behalf. The FDIC-R is the payee under the Restitution Order only as the successor to the rights, title, and interests that belonged to HTSB before its failure. It is the status of HTSB that determines the priority of payment, not the status of the FDIC-R. Moreover, even if it were the status of the FDIC-R that determines priority under the Mandatory Victims Restitution Act, the FDIC-R should not be considered the "United States" for purposes of criminal restitution payments.

In 2007, the Department of Justice and the FDIC entered into a memorandum of understanding regarding the FDIC's rights as a victim when it is appointed receiver for a

failed financial institution. In particular, the MOU recognizes that the FDIC is neither the "United States" for purposes of 18 U.S.C. § 3664(1) nor an insurer for purposes of 18 U.S.C. § 3664(j). A copy of the MOU is available at:

https://www.fdic.gov/resources/resolutions/bank-failures/resources-for-court-clerks-and-law-enforcement/fdic-receiver-restitution-mou.pdf

Further, the FDIC requests that the court enter, as part of the Judgment and Commitment (J&C), a statement that the FDIC is the successor to the rights, title, and interests that belonged to HTSB and is not considered as the "United States" or an insured for purposes of being paid restitution, when there are multiple victims. This is in accordance with the DOJ/FDIC MOU referenced above.

To ensure that the defendant receives credit, please include the following information with payments:

- Defendant name
- Docket #
- Receivership for Heartland Tri-State Bank (FIN #10544), and

Payments should be sent to the following address:

FDIC-R Heartland Tri-State Bank
FDIC Restitution Payments
P.O. Box 971774
Dallas, TX 75397-1774

If you have any questions or need additional information, please advise. If an "Affidavit" is required in this case, this submission can be modified as necessary.

Sincerely,


Debbie Eich
Investigations Specialist
Division of Resolutions and Receiverships
Federal Deposit Insurance Corporation
600 N. Pearl, Suite 700
Dallas, Texas 75201
Mobile Phone: (214) 499-2359
Email: deeich@fdic.gov

cc: Aaron Smith, Assistant U.S. Attorney (Aaron.Smith3@usdoj.gov)
Annette Gurney, Assistant U.S. Attorney (Annette.Gurney@usdoj.gov)
Kathryn Sheedy, Assistant U.S. Attorney (Kathryn.Sheedy@usdoj.gov)
Rex Taylor, FDIC, Legal Division
Randy Thornhill, FDIC, DRR Investigations

Heartland Tri-State Bank / FIN 10544
Elkhart, Kansas
Victim Impact Statement Support – USA v Hanes

In late July, 2023 it was discovered that Shan Hanes had been embezzling funds and wiring funds to Payward Ventures to purchase cryptocurrency. The chart below documents these eleven wires:

| Wire # | Date of Wire | Wire Amount | Wire From / To |
|---|---|---|---|
| 1 | 5/16/2023 | $5,000 | Hanes Wire from Heartland to Payward Ventures |
| 2 | 5/30/2023 | $1,500,000 | Hanes Wire from Heartland to Payward Ventures |
| 3 | 5/31/2023 | $1,500,000 | Hanes Wire from Heartland to Payward Ventures |
| 4 | 6/2/2023 | $3,500,000 | Hanes Wire from Heartland to Payward Ventures |
| 5 | 6/2/2023 | $3,200,000 | Hanes Wire from Heartland to Payward Ventures |
| 6 | 6/14/2023 | $10,000,000 | Hanes Wire from Heartland to Payward Ventures |
| 7 | 6/20/2023 | $1,400,000 | Hanes Wire from Heartland to Payward Ventures |
| 8 | 6/23/2023 | $10,300,000 | Hanes Wire from Heartland to Payward Ventures |
| 9 | 6/27/2023 | $3,300,000 | Hanes Wire from Heartland to Payward Ventures |
| 10 | 7/5/2023 | $8,000,000 | Hanes Wire from Heartland to Payward Ventures |
| 11 | 7/7/2023 | $4,400,000 | Hanes Wire from Heartland to Payward Ventures |
| | Total Amount of Wires | $47,105,000 | |

On July 28, 2023, FDIC published a press release to announce the failure of Heartland Tri-State Bank in Elkhart, Kansas. The FDIC estimated that the cost to the Deposit Insurance Fund (DIF) would be $54.2 million.