# Elkhart Financial Corporation
# Stock Reconciliation by Share Type

|  | Total Shares | | Cost Basis | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **Name** | **Cash** | **IRA** | **Cash** | **IRA** | **Total Shares** | **Cost Basis** |
| Terri Adams | 397 | 0 | $40,839.62 | $0.00 | 397 | $40,839.62 |
| Leland and Loretta Arthaud | 4202 | 559 | $505,531.58 | $55,900.00 | 4761 | $561,431.58 |
| Scott and Angela Arthaud | 1181 | 418 | $131,805.10 | $56,771.76 | 1599 | $188,576.86 |
| Dian Boaldin | 0 | 7300 | $0.00 | $730,000.00 | 7300 | $730,000.00 |
| Johnny and Dixie Boaldin | 1160 | 0 | $124,581.36 | $0.00 | 1160 | $124,581.36 |
| Dennis & Mandy Burton | 60 | 1977 | $9,300.00 | $230,917.30 | 2037 | $240,217.30 |
| Bart and Cleo Camilli | 1476 | 2403 | $180,577.88 | $272,355.72 | 3879 | $452,933.60 |
| Aaron and Brenda Cromer | 920 | 146 | $92,000.00 | $16,804.40 | 1066 | $108,804.40 |
| Chrisopher and Diann Gerstner | 1449 | 0 | $144,900.00 | $0.00 | 1449 | $144,900.00 |
| Margaret Grice | 130 | 2039 | $21,819.20 | $221,962.98 | 2169 | $243,782.18 |
| Roxann Grimes | 1200 | 0 | $120,000.00 | $0.00 | 1200 | $120,000.00 |
| Trenton Boaldin | 1350 | 0 | $135,000.00 | $0.00 | 1350 | $135,000.00 |
| Marla Harris | 467 | 599 | $47,935.80 | $60,868.60 | 1066 | $108,804.40 |
| Higgins Farms | 1619 | 0 | $190,937.68 | $0.00 | 1619 | $190,937.68 |
| David and Jacque Higgins | 3238 | 0 | $381,875.36 | $0.00 | 3238 | $381,875.36 |
| Kenny and Margaret Horton | 763 | 423 | $82,845.00 | $44,537.80 | 1186 | $127,382.80 |
| John Houtz | 0 | 2000 | $0.00 | $200,000.00 | 2000 | $200,000.00 |
| Moe and Marla Houtz | 0 | 3861 | $0.00 | $455,225.78 | 3861 | $455,225.78 |
| Benita Keener | 0 | 1458 | $0.00 | $165,492.50 | 1458 | $165,492.50 |
| Jill Landrum | 772 | 816 | $98,020.47 | $89,276.00 | 1588 | $187,296.47 |
| Tammy Mize | 397 | 0 | $40,839.62 | $0.00 | 397 | $40,839.62 |
| Craig and Stephanie Murray | 1587 | 0 | $187,143.86 | $0.00 | 1587 | $187,143.86 |
| Patrick and Traci Overpeck | 2 | 3455 | $310.00 | $403,371.56 | 3457 | $403,681.56 |
| Dee and Roseanne Panter | 1134 | 0 | $118,013.12 | $0.00 | 1134 | $118,013.12 |
| Barbara Pate | 1335 | 2043 | $175,119.22 | $204,300.00 | 3378 | $379,419.22 |
| Chris and Becky Scott | 636 | 983 | $80,804.88 | $110,132.80 | 1619 | $190,937.68 |
| Ron Scott | 2265 | 750 | $274,824.90 | $75,000.00 | 3015 | $349,824.90 |
| Tom and Ann Scott | 998 | 2502 | $132,318.76 | $264,060.00 | 3500 | $396,378.76 |
| Dan and Laura Smith | 1500 | 2061 | $150,000.00 | $213,481.40 | 3561 | $363,481.40 |
| Bill and Sue Tucker | 6051 | 0 | $669,196.60 | $0.00 | 6051 | $669,196.60 |
| Charles Tucker | 31 | 0 | $3,172.54 | $0.00 | 31 | $3,172.54 |
| James Tucker | 1290 | 0 | $144,859.76 | $0.00 | 1290 | $144,859.76 |
| John and Lisa Tucker | 1261 | 0 | $139,992.40 | $0.00 | 1261 | $139,992.40 |
| TOTALS: | 40855 | 42150 | $4,424,564.71 | $3,870,458.60 | $74,664.00 | $8,295,023.31 |

Cost basis is based on price at purchase.
Shares were being sold in May and June 2023 at $167.84 per share