| Total Payout | 8,071,038 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Victim # | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| | Total | FDIC | Terri Adams | Leland and Loretta Arthaud | Scott & Angela Arthaud | Dian Boaldin | Johnny & Dixie Boaldin | Dennis & Mandy Burton |
| Claimed Loss | 55,400,023 | 47,105,000 | 40,839 | 561,432 | 188,577 | 730,000 | 124,581 | 240,217.30 |
| | | | | | | | | |
| Pro-rate % | GOOD | 85.03% | 0.07% | 1.01% | 0.34% | 1.32% | 0.22% | 0.43% |
| | Check # | - | | | | | | |
| Recovery | GOOD | $ 6,862,564.62 | $5,949.69 | $ 81,793.03 | $ 27,473.11 | $106,351.18 | $18,149.83 | $ 34,996.43 |
| | Check # | | - | | | | | |

| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|
| Bart & Cleo Camilli | Aaron & Brenda Cromer | Christopher & Diann Gerstner | Margaret Grice | Roxann Grimes | Trenton Boaldin | Marla Harris | Higgins Farms | David & Jacque Higgins |
| 452,933.60 | 108,804.40 | 144,900.00 | 243,782.18 | 120,000.00 | 135,000.00 | 108,804.40 | 190,937.68 | 381,875.36 |
| 0.82% | 0.20% | 0.26% | 0.44% | 0.22% | 0.24% | 0.20% | 0.34% | 0.69% |
| $ 65,986.33 | $ 15,851.34 | $ 21,109.98 | $ 35,515.78 | $ 17,482.39 | $ 19,667.68 | $ 15,851.34 | $ 27,817.05 | $ 55,634.10 |

| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|
| Kenny & Margaret Horton | John Houtz | Moe & Marla Houtz | Benita Keener | Jill Landrum | Tammy Mize | Craig & Stephanie Murray | Patrick & Traci Overpeck | Dee & Roseanne Panter |
| 127,382.80 | 200,000.00 | 455,225.78 | 165,492.50 | 187,296.47 | 40,839.62 | 187,143.86 | 403,681.56 | 118,013.12 |
| 0.23% | 0.36% | 0.82% | 0.30% | 0.34% | 0.07% | 0.34% | 0.73% | 0.21% |
| $ 18,557.96 | $ 29,137.31 | $ 66,320.27 | $ 24,110.03 | $ 27,286.58 | $ 5,949.78 | $ 27,264.34 | $ 58,810.97 | $ 17,192.92 |

| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 |
|---|---|---|---|---|---|---|---|---|---|
| | Barbara Pate | Chris & Becky Scott | Ron Scott | Tom & Ann Scott | Dan & Laura Smith | Bill & Sue Tucker | Charles Tucker | James Tucker | John & Lisa Tucker |
| | 379419.22 | 190,937.68 | 349,824.90 | 396,378.76 | 363,481.40 | 669,196.60 | 3,172.54 | 144,859.76 | 139,992.40 |
| | 0.68% | 0.34% | 0.63% | 0.72% | 0.66% | 1.21% | 0.01% | 0.26% | 0.25% |
| $ | 55,276.27 | $ 27,817.05 | $ 50,964.78 | $57,747.05 | $ 52,954.35 | $ 97,492.94 | $ 462.20 | $ 21,104.12 | $ 20,395.01 |