IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-10013-JWB |
| ) | |
| SHAN HANES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF PUBLICATION

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site www.forfeiture.gov for at least 30 consecutive days, beginning on November 20, 2024, and ending on December 19, 2024, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 3, 2025.

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

/s/Annette Gurney
Annette Gurney
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax (316) 269-6484
KS. S. Ct. #11602
Annette.gurney@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on February 3, 2025, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel for defendant.

/s/Annette Gurney
Annette Gurney
Assistant United States Attorney