**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 24-10013-JWB |
| DEFENDANT | TYPE OF PROCESS |
| Shan Hanes | Foreiture Order & Notice |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
FBI

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Attn: S   Hemmert,    Kansas City, KS 64153

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Annette Gurney
AUSA
301 N. Main Suite 1200
Wichita, KS 67202

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

24-FBI-004960

| Signature of Attorney other Originator requesting service on behalf of: | [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Annette Gurney | | 316-269-6481 | 11/20/24 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 of 1 | 31 | 31 | Tracy Williams | 11-22-24 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | [ ] am [ ] pm |
|---|---|---|---|
| | 1-27-25 | | |
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |
| | Tracy Williams | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

First Class Mail Sent   11/26/2024
Certified Mail Sent     11/26/2024 and 01/10/2025
Delivery Receipt Date   01/27/2025
Returned to USAO        01/31/2025

REC'D USMS TOPEKA, KS
NOV 22 2024 PM 2:12

Form USM-285
Rev. 03/21